UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X Case No. 08-CV-6139
MOHAMMED SAMADMIAH, on behalf of himself
individually and all others similarly situated,

                                      Plaintiff,

                                                                       **AFFIDAVIT OF SERVICE**

     -against-

OSI COLLECTION SERVICES, INC.,
                                      Defendant.
-------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

          Christopher White, being duly sworn, says:

          1.     I am not a party to this action, and I am over 18 years of age and reside at: 230 West 150th Street, New York, New York 10039.

          2.     On July 8, 2008 at approximately 4:25 PM at CT Corporation, 111 Eighth Ave., 13th Fl., New York, New York 10011 I served the within Summons and Complaint and Judge's Rules on OSI Collection Services, Inc., the Defendant named by delivering a true copy of each to Aixa Flores personally.
Deponent knew said corporation so served to be the corporation described in said Summons as said defendant and knew said individual to be
\_\_\_\_\_ a manager or officer of said corporation; or
\_\_X\_\_ authorized to accept service of process.

          3.     Deponent describes the individual served as follows:

| Sex | Height | Weight | Age | Hair Color |
|---|---|---|---|---|
| [ ] Male | [ ] Under 5' | [ ] Under 100 Lbs | [ ] 14-20 Yrs | [ ] Black |
| [X] Female | [ ] 5'0"-5'3" | [X] 100-130 Lbs | [ ] 21-35 Yrs | [ ] Brown |
| | [X] 5'4"-5'8" | [ ] 131-160 Lbs | [ ] 36-50 Yrs | [ ] Blond |
| | [ ] 5'9"-6'0" | [ ] 161-200 Lbs | [X] 51-65 Yrs | [ ] Grey |
| | [ ] Over 6' | [ ] Over 200 Lbs | [ ] Over 65 Yrs | [X] Red |
| | | | | [ ] White |
| | | | | [ ] Balding |
| | | | | [ ] Bald |

Color of Skin - describe color: White
Other identifying features, if any:

Subscribed and sworn to before me
on the 14th day of July, 2008.

                                                                            CHRISTOPHER WHITE

_____
          Notary Public
My commission expires on

NOVLETTE R. KIDD
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01KI6072037
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES MARCH 25, 2010