UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MOHAMMED SAMADMIAH,

                              Plaintiff,

-against-                            Case No.: 1:08-cv-06139-JGK

OSI COLLECTION SERVICES, INC.,

                              Defendant.
------------------------------------------------------------X

## DEFENDANT, OSI COLLECTION SERVICES, INC.'S, RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, OSI Collection Services, Inc. ("OSI"), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.     OSI is a subsidiary corporation owned by NCO Group, Inc, a Delaware corporation. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Respectfully submitted,

_____
Kevin Barry McHugh    (CKBM 5924)
LAW OFFICES OF EDWARD GARFINKEL
110 William Street, 17th Floor
New York, NY  10038
Telephone:  212-809-8000
Facsimile:   212-344-8263
kevin.mchugh@aig.com

Attorney for Defendant,
OSI Collection Services, Inc.

### CERTIFICATE OF SERVICE

I certify that on this __25th__ day of July, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Novlette Rosemarie Kidd
FAGENSON & PUGLISI
450 Seventh Avenue, Suite 3302
New York, NY  10123

_____
Attorney