UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOHAMMED SAMADMIAH,
                         Plaintiff(s)                        08 civ 6139 (JGK)

        -against-                                  ORDER OF DISCONTINUANCE

OSI COLLECTION SERVICES, INC.,
                         Defendant(s).
-------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this 13TH day of **August, 2008**, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: New York, New York
        August 13, 2008

                                              ~~RICHARD J. SULLIVAN~~ JOHN G. KOELTL
                                              UNITED STATES DISTRICT JUDGE
                                              8/18/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2008